

FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0426

IN THE MATTER OF THE
CONSERVATORSHIP OF:

G.R.R.,

A Protected Person.

FILED

OCT 06 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on October 5, 2020, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 10(6) requires that parties filing documents with the Clerk of the Supreme Court shall use initials when referencing the names of parties in any proceeding under Title 72, Chapter 5, part 3 (Guardians of Incapacitated Persons). There are numerous references to the name of the protected person throughout the Appellant's opening brief which must be removed and replaced by initials.

M. R. App. P. 11(3)(b) requires briefs to be double spaced. Sections of Appellant's opening brief are not double spaced.

M. R. App. P. 12(1)(c) requires a statement of the case. The statement shall first briefly indicate the nature of the case and its procedural disposition in the court below. Only that procedural background which is relevant to the issue or issues raised shall be included in the statement of the case. Appellant's opening brief does not include a statement of the case.

M. R. App. P. 12 (1)(e) requires a statement of the standard of review as to each issue raised, together with a citation to authority. The standard of review section of the Appellant's opening brief does not include citations to authority.

M. R. App. P. 12(1)(h) requires a short conclusion stating the precise relief sought.

Appellant's opening brief does not contain a short conclusion stating the precise relief sought.

Therefore,

IT IS ORDERED that the signed original of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellants and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 6th day of October, 2020.

For the Court,

By _____

Justice